# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor
Date: 09/24/2026 Time: 10:00 AM

Defendant: Jhon Jairo Ramirez Gomez J#: 52722-506 Case #: 22-cr-20104-BECERRA

AUSA: Alejandra Lopez Attorney: Joseph Steven Rosenbaum (CJA)

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Detention Hearing/Arraignment/ Status RE: Part Indigency CJA Appt: ____

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: ____

Bond Set at: **STIP-PTD with right to revisit** Co-signed by: ____

Language: Spanish

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Disposition:
Parties stipulated to PTD with right to revisit. Government's Ore Tenus request for PTD; Granted pursuant to the stipulation. No hearing held. Defendant arraigned. Defendant's Ore Tenus request for entry of the Standing Discovery Order; Granted. Status Re: Part Indigency reset for 60 days in front of Judge Reid. *Brady Order Given*

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| **Status Conference RE: Part indigency** | **11/20/26** | **3:00 PM** | **REID** | **MIAMI** |

D.A.R. 10:16:43 Time in Court: 9 mins